UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIDGETT GONTA,

    Plaintiff,

v.   Case No. 5:20-cv-13-TKW/MJF

GRAY TELEVISION, *et al.*,

    Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the fourth amended complaint (like the three that preceded it) fails to comply the pleading requirements in the Federal Rules of Civil Procedure.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's federal claims under the Fifth Amendment of the United States Constitution, the Freedom of Information Act, and 42 U.S.C. §1981 are **DISMISSED with prejudice**.

3.   Plaintiff's libel claim under Florida law is **DISMISSED without prejudice** to filing in state court.

4.   The Clerk shall close the case file.

**DONE and ORDERED** this 30th day of August, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**